**IN RE C.T. & B.T.**

[361 N.C. 581 (2007)]

IN THE MATTER OF C.T. AND B.T.

No. 175A07

(Filed 12 October 2007)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 182 N.C. App. 166, 641 S.E.2d 414 (2007), dismissing respondent's appeal from an order entered 17 March 2006 by Judge Edward A. Pone in District Court, Cumberland County. Heard in the Supreme Court 11 September 2007.

*Beth A. Hall, Attorney Advocate, for appellee Guardian ad Litem, and Elizabeth Kennedy-Gurnee, Staff Attorney, for petitioner-appellee Cumberland County Department of Social Services.*

*Lisa Skinner Lefler for respondent-appellant father.*

PER CURIAM.

AFFIRMED.